UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00180-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TOJIDDIN GHAIBULLOYEV RAHIMOV | ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that a warrant be issued for the defendant's arrest and he be required to show cause why his conditions of bond should not be revoked.

This the  31st  day of  May  2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge